UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monica M. Simpson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-08936<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER VACATING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate docket entry number 26, entered on February 13, 2020, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given,

IT IS HEREBY ORDERED:

1. That the Order for Payroll Control, docket entry number 26, entered on February 13, 2020 is hereby VACATED.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 02, 2020

**Prepared by:**